IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01029–EWN
    *(Criminal Action No. 02-cr-00040-EWN)*

JOE HIGTHOWER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER**

---

    This matter comes before the court on the "Motion to Vacate the Judgment to Rule 1(a)(2) of 2255 for Lack of Jurisdiction" filed May 30, 2006. Upon review of the motion, the court has determined it is a supplement to Plaintiff's "Motion to Vacate Under 28 U.S.C. 2255" filed on June 2, 2005 in Civil Action No. 05-cv-01009-EWN. Therefore, it is

    **ORDERED** as follows:

    1.    The clerk shall administratively close the above-captioned matter.

    2.    The clerk shall make an entry to correct the docket in Criminal Action No. 02-cr-00040-EWN to reflect that the filing (#239) is not a motion but is only a supplement to the previous Motion to Vacate Under 28 U.S.C. 2255.

Dated this 7th day of June, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge